UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMORY G. SNELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ZANE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION <br> NO. 23-40074-MRG |

**ORDER**
October 13, 2023

**GUZMAN, D.J.**

On July 6, 2023, the Court denied plaintiff Emery Snell's motion for leave to proceed *in forma pauperis* because he is a "three strikes" litigant, *see* 28 U.S.C. § 1915(g), and ordered him to pay the filing fee. Dkt. No. 6. On September 9, 2023, the Court denied Snell's motion for reconsideration of the earlier denial of the *in forma pauperis* motion.

Snell is now appealing the Court's order denying the *in forma pauperis* motion. Dkt. No. 10. He has filed a motion to appeal *in forma pauperis*. Dkt. No. 11.

The "three strikes" bar of 28 U.S.C. § 1915(g) applies to the "appeal [of] a judgment" as well as the commencement of a civil action. 28 U.S.C. § 1915(g). Thus, the Court denies this motion for the same reason it denied Snell's motion to commence this action without prepayment of the filing fee and his motion for reconsideration. Snell has while a prisoner, filed three actions that were dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, *see Snell v. Tessier*, C.A. No. 99-10131-GAO (D. Mass. Sept. 30, 1999) (finding that Snell is a "three strikes" litigant based on the dismissals of *Snell v. Lee*,

C.A. No. 96-12409-GAO (D. Mass.); *Snell v. DeMello*, C.A. No. 95-12515-GAO (D. Mass.), and *Snell v. Weld*, C.A. No. 95-11534-GAO (D. Mass.)), *aff'd*, *In re Snell*, No. 00-1124 (1st Cir. Apr. 19, 2000); *Snell v. Weld*, C.A. No. 96-12082-GAO (D. Mass.),[1] and there is no suggestion in his complaint that the alleged misconduct of the defendants places him in "imminent danger of serious physical injury," 28 U.S.C. § 1915(g).

Accordingly, the motion to appeal *in forma pauperis* is DENIED. Snell may file a motion to appeal *in forma pauperis* with the First Circuit within 30 days. *See* Fed. R. App. P. 24(a)(5).

The Clerk shall transmit a copy of this order to the United States Court of Appeals for the First Circuit.

**So Ordered.**

                                              /s/ Margaret R. Guzman
                                              MARGARET R. GUZMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: October 13, 2023

---

[1] In his September 30, 1999 order, Judge O'Toole noted that *Snell v. Weld*, C.A. No. 96-12082-GAO (D. Mass.), had been dismissed for failure to state a claim upon which relief may be granted, but he declined to count the dismissal as a strike because it the case was on appeal. The First Circuit upheld the dismissal. Dkt. No. 34 (mandate of the First Circuit).