UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EMORY G. SNELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ZANE, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 23-40074-MRG |

### ORDER
December 15, 2025

**GUZMAN, D.J.**

On November 11, 2025, the United States Court of Appeals for First Circuit entered a judgment upholding this Court's orders that Snell must pay the full filing fee in this case because of the "three strikes" rule of the Prison Litigation Reform Act. *See* Dkt. Nos. 6, 9, 20. On December 11, 2025, the First Circuit issued its final mandate. Dkt. No. 21.

In light of the First Circuit's judgment, the Court orders Snell to pay the $402 filing fee for this action within twenty-eight (28) days of the date of this order. Failure to do so will result in dismissal of this action.

**So Ordered.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2025